943 So.2d 263 (2006)
Maitel AGUIAR, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-1339.
District Court of Appeal of Florida, Third District.
November 15, 2006.
Rehearing Denied December 14, 2006.
De Fabio & Fenn and Leonard P. Fenn, Miami, for appellant.
Charles J. Crist, Jr., Attorney General, and Laura Moszer, Assistant Attorney General, for appellee.
Before GREEN, RAMIREZ, and LAGOA, JJ.
PER CURIAM.
Affirmed. See Prieto v. State, 824 So.2d 924 (Fla. 3d DCA 2002).